**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

v.                                                                     CASE NO. 1:89-cr-01018-MP-GRJ-4

CLARENCE T FOX,

     Defendant.

_____/

**O R D E R**

     This matter is before the Court on Doc. 1384, Motion for Certificate of Appealability

filed by Defendant Clarence T Fox. For the reasons stated in Doc. 1360, and incorporated into

the Court's order at Doc. 1371, the Court finds that Petitioner fails to make a substantial showing

of the denial of a constitutional right and the issues are not adequate enough to deserve

encouragement to proceed further.  Accordingly, no certificate of appealability is appropriate in

this case.

     **DONE AND ORDERED** this *21st* day of August, 2013


           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge